IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL S. YANGA,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT CORRECTIONAL SERVICES, et al.,<br><br>        Defendants. | **8:19CV420**<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing15) is granted. Plaintiff shall have an additional 30 days to file an Amended Complaint in accordance with the court's Memorandum and Order of August 18, 2020 (Filing 14).

2. The clerk of the court is directed to reset the pro se case management deadline to: **October 19, 2020**, check for amended complaint.

Dated this 18th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge