IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMMANUEL S. YANGA,

    Plaintiff,

vs.

NEBRASKA DEPARTMENT CORRECTIONAL SERVICES, ROBERT MADSEN, Warden at State Prison of Nebraska, in their individual and official capacities; MICHELE WILHELM, Warden at state prison of Nebraska, in their individual and official capacities; A. LARSON, staff agents at state prison of Nebraska, in their individual and official capacities; F. HOWARD, staff agents at state prison of Nebraska, in their individual and official capacities; RATHJI, staff agents at state prison of Nebraska, in their individual and official capacities; DZULYNSKY, staff agents at state prison of Nebraska, in their individual and official capacities; P. LARSON, staff agents at state prison of Nebraska, in their individual and official capacities; EASTMAN, correctional officers at state prison of Nebraska, in their individual and official capacities; M. SPAINHOWER, correctional officers at state prison of Nebraska, in their individual and official capacities; PETER, correctional officers at state prison of Nebraska, in their individual and official capacities; WESSEL, correctional officers at state prison of Nebraska, in their individual and official capacities; SCHAFFER, correctional officers at state

8:19CV420

**ORDER**

| |
|---|
| prison of Nebraska, in their individual and official capacities; and PATIDA, correctional officers at state prison of Nebraska, in their individual and official capacities; |
| Defendants. |

Plaintiff, now a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 25.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that the Motion for Leave to Proceed in Forma Pauperis (Filing 25) is granted.

Dated this 12th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge