IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL S. YANGA,<br><br>           Plaintiff,<br><br>   vs.<br><br>EASTMAN, correctional officers at state prison of Nebraska, in their individual and official capacities; M. SPAINHOWER, correctional officers at state prison of Nebraska, in their individual and official capacities; PETER, correctional officers at state prison of Nebraska, in their individual and official capacities; WESSEL, correctional officers at state prison of Nebraska, in their individual and official capacities; SCHAFFER, correctional officers at state prison of Nebraska, in their individual and official capacities; and PATIDA, correctional officers at state prison of Nebraska, in their individual and official capacities;<br><br>           Defendants. | **8:19CV420**<br><br>**SHOW CAUSE ORDER** |

This action was filed on September 23, 2019. (Filing No. 1.) A Memorandum and Order was entered on February 11, 2021, ordering that Plaintiff complete service of process by May 12, 2021. (Filing No. 28.) To date, Plaintiff has not filed any return of service indicating service on two defendants, specifically, Defendant "M. Spainhower" and Defendant "Peter," nor have these Defendants entered appearances.

Accordingly,

**IT IS ORDERED** that by or before June 10, 2021, Plaintiff shall show cause why this action should not be dismissed against Defendant "M. Spainhower" and Defendant "Peter" for lack of prosecution. Failure to comply with this Order may result in the dismissal of these defendants without further notice.

Dated this 20th day of May, 2021.

                                              BY THE COURT:

                                              s/ Susan M. Bazis
                                              United States Magistrate Judge