IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL S. YANGA,<br><br>                Plaintiff,<br><br>vs.<br><br>EASTMAN, correctional officers at state prison of Nebraska, in their individual and official capacities; M. SPAINHOWER, correctional officers at state prison of Nebraska, in their individual and official capacities; PETER, correctional officers at state prison of Nebraska, in their individual and official capacities; WESSEL, correctional officers at state prison of Nebraska, in their individual and official capacities; SCHAFFER, correctional officers at state prison of Nebraska, in their individual and official capacities; and PATIDA, correctional officers at state prison of Nebraska, in their individual and official capacities;<br><br>                Defendants. | 8:19CV420<br><br>ORDER |

      This action was filed on September 23, 2019. (Filing No. 1.) A Memorandum and Order was entered on February 11, 2021, ordering that Plaintiff complete service of process by May 12, 2021. (Filing No. 28.) The undersigned issued a Show Cause Order on May 20, 2021 (Filing No. 43), directing Plaintiff to show cause why Defendant "M. Spainhower" and Defendant "Peter" should not be dismissed for lack of prosecution. The Show Cause Order advised Plaintiff that failure to comply could result in a recommendation that this action be dismissed as to those two defendants.

      Plaintiff filed a response to the Show Cause Order on June 1, 2021. (Filing No. 44.) Although the response attempts to explain Plaintiff's claims against Defendant M. Spainhower and Defendant Peter, it does not give any explanation as to why those defendants have not been served. Because Plaintiff is proceeding *pro se*, the Court will give Plaintiff until **June 29, 2021** to show cause why Defendant M. Spainhower and Defendant Peter should not be dismissed for **lack of service**. Failure to do so will result in a recommendation that this action be dismissed as to those defendants.

      Accordingly,

**IT IS SO ORDERED.**

Dated this 15th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge