# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL S. YANGA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EASTMAN, correctional officers at state prison of Nebraska, in their individual and official capacities; M. SPAINHOWER, correctional officers at state prison of Nebraska, in their individual and official capacities; PETER, correctional officers at state prison of Nebraska, in their individual and official capacities; WESSEL, correctional officers at state prison of Nebraska, in their individual and official capacities; SCHAFFER, correctional officers at state prison of Nebraska, in their individual and official capacities; and PATIDA, correctional officers at state prison of Nebraska, in their individual and official capacities;<br><br>          Defendants. | **8:19CV420**<br><br>**FINDINGS AND RECOMMENDATION** |

   This action was filed on September 23, 2019. (Filing No. 1.) A Memorandum and Order was entered on February 11, 2021, ordering that Plaintiff complete service of process by May 12, 2021. (Filing No. 28.) By May 12, 2021, Plaintiff had not filed any return of service indicating service on two defendants, specifically, Defendant "M. Spainhower" and Defendant "Peter." Accordingly, on May 20, 2021, the Court entered a show cause order (Filing No. 43) directing Plaintiff to show cause by June 10, 2021 why this action should not be dismissed against Defendant "M. Spainhower" and Defendant "Peter" for lack of prosecution.

   Plaintiff filed a response to the show cause order on June 1, 2021. (Filing No. 44.) Although the response attempted to explain Plaintiff's claims against Defendant M. Spainhower and Defendant Peter, it did not give any explanation as to why those defendants had not been served. The Court issued another order on June 15, 2021 (Filing No. 45) giving Plaintiff until June 29, 2021 to show cause why Defendant M. Spainhower and Defendant Peter should not be dismissed for lack of service. The order advised Defendant that failure to comply could result in a

2

recommendation that this action be dismissed as to those two defendants. To date, Plaintiff has not responded to the Court's June 15, 2021 order.

Accordingly, based on the circumstances outlined above,

**IT IS HEREBY RECOMMENDED** to United States District Court Judge Brian C. Buescher that Defendant M. Spainhower and Defendant Peter be dismissed from this action for want of prosecution.

Dated this 1st day of July, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.